# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY ) <br> and DEPOSITORS INSURANCE ) <br> COMPANY ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MAGGIE JEAN GRIFFIN, ) <br> Individually and as Biological Parent ) <br> of JEREMIAH EMMANUAL ) <br> GRIFFIN, Deceased, and as the ) <br> Administrator of ESTATE OF ) <br> JEREMIAH GRIFFIN, QUANTUM ) <br> RESTAURANTS, LLC ) <br> ) <br>     Defendants. ) | CIVIL ACTION FILE <br><br> NO.  1:25-cv-00095-JRH-BKE |

## **ORDER GRANTING *PRO HAC VICE* ADMISSION**

It appearing to the Court that the requirements set forth in Local Rule 83.4 for admission pro hac vice has been satisfied, Emily Danielle Robinson's request to appear pro hac vice in the United States District Court for the Southern District of Georgia in the subject is GRANTED.

SO ORDERED this 25th day of June, 2025.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**Prepared by:**

 */s/ Douglas Lee Clayton*
Douglas Lee Clayton
Georgia State Bar No. 601004
Lauren D. Woodrick
Georgia State Bar No. 324394
Emily Danielle Robinson *(Pro Hac Vice Admission Pending)*
*Attorneys for Plaintiffs*
**MARSH ATKINSON & BRANTLEY, LLC**
271 17th Street NW
Suite 1600
Atlanta, Georgia 30363
(404) 282-5050 (phone)
(404) 282-3030 (facsimile)
lee.clayton@mablawfirm.com
lauren.woodrick@mablawfirm.com
emily.robinson@mablawfirm.com